STATE OF MAINE
CUMBERLAND, ss.

STATE OF MAINE
CUMBERLAND, SS
CLERK'S OFFICE

2003 JAN -9 P 2: 04

SUPERIOR COURT
CIVIL ACTION
DOCKET NO. AP-02-020

REC-CUM- 1/9/2003

MBF WINDOWS.,

    Plaintiff/Appellee

v.

NORMAN RICHMAN d/b/a
Cape Builders and Remodeling,

    Defendant/Appellant

DECISION ON APPEAL

DONALD L. GARBRECHT
LAW LIBRARY

JAN 22 2003

Defendant Norman Richman appeals from the District Court (Small Claims) judgment awarding plaintiff damages of $3,742.34 against defendant plus costs.

Neither party requested a recording of the hearing pursuant to M.R.S.C.P. 6 and therefore no recording was made. The appellant does not contend that the absence of a record of the proceedings in the District Court is for a reason "beyond the control of any party" as that term is used in M.R. Civ. P. 76F(c).

Without a record, this court is unable to review the correctness of the District Court's findings. ". . . [T]he appellant has the burden of providing . . . a sufficient record that allows adequate consideration of his arguments." Tenney v. Benson, 741 A.2d 454 (Me. 1999). He has not met this burden.

MBF Windows appeared for oral argument but the appellant, Norman Richman did not appear. Therefore the appeal is dismissed for failure to prosecute.

If the appeal had not been dismissed for failure to prosecute the appeal would have been denied.

Therefore the entry is:

Appeal DISMISSED. Case is remanded to the District Court.

Dated: January 8, 2003

_____
Robert E. Crowley
Justice, Superior Court



Date Filed __05-06-02__    CUMBERLAND    Docket No. __AP-02-20__

County

Action __APPEAL FROM DISTRICT COURT__

MBF WINDOWS

NORMAN RICHMAN
d/b/a CAPE BUILDERS & REMODELING

vs.

| Plaintiff's Attorney | Defendant's Attorney |
|---|---|
| PRO SE<br>3 DELTA DRIVE<br>WESTBROOK ME 04092 | NORMAN RICHMAN, PRO-SE<br>13 SPOONDRIFT LANE<br>CAPE ELIZABETH, ME 04107 |

Date of